UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>JOHN S WINSLOW,<br><br>             Defendant. | Case No. 3:25-cr-05078-TMC<br><br>ORDER DENYING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

## I.    ORDER

After numerous continuances, most of which were granted over the Government's opposition, Defendant John Winslow moved shortly before midnight on the pretrial motions deadline for an extension of that deadline from Friday, December 12, 2025 to Sunday, December 14, 2025. Dkt. 52. The motion cites counsel's contemporaneous deadlines in other unspecified cases and unexpected staff absences in counsel's office; there is no supporting declaration. *See id.* The Government opposed the motion on Saturday, December 13, 2025. Dkt. 53.

For the reasons explained further in the Government's opposition, the Court DENIES the motion. Mr. Winslow's counsel has repeatedly ignored the local rules when seeking last-minute continuances. As the Government explains, the current motion violates Local Criminal Rule 12(b)(10) "in just about every way possible." Dkt. 53 at 3. It was filed minutes before the

ORDER DENYING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE - 1

expiration of the deadline, forcing the Government and the Court to respond over the weekend. Counsel did not file any pretrial motions, in reliance on the motion being granted. And Mr. Winslow's counsel did not attempt to contact counsel for the Government to seek an extension due to a true unforeseen emergency.

During the hearing granting Mr. Winslow's most recent request for a continuance, the Court specifically directed the parties to reach agreement on a pretrial motions deadline that would allow counsel for both parties a reasonable time to brief the motions around the December holidays. Dkt. 49. Counsel conferred and agreed on the deadline of December 12. Dkts. 50, 51. The last-minute effort to push that deadline yet again shows a lack of professional courtesy and respect for the Court's orders. It has not shown good cause for another extension. The motion to continue (Dkt. 52) is DENIED.

Dated this 13th day of December, 2025.

Tiffany M. Cartwright
United States District Judge